JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BOEING SATELLITE SYSTEMS INTERNATIONAL, INC. <br><br> Petitioner, <br><br> vs. <br><br> ASSURANCES GENERALES DE FRANCE I.A.R.T., et al., <br><br> Respondents. | Case No. CV 09-903 CAS (AGRx) <br><br> **AGREED JUDGMENT CONFIRMING ARBITRATION AWARD** |

On June 23, 2009, this Court denied Respondents' (Assurances Générales de France, *et. al.*) Motion to Vacate the February 2, 2009 Arbitration Award issued in the arbitration proceeding before the International Centre for Dispute Resolution of the American Arbitration Association, *Assurances Générales de France, et. al. v. Boeing*

1  *Satellite Systems International, Inc.*, case number 50 132 T 00506 06 (the "Arbitration
2  Award"). Finding no valid basis to further delay confirmation of the award, IT IS
3  HEREBY ORDERED, ADJUDGED AND DECREED that:
4     1.   The Arbitration Award is confirmed;
5     2.   Judgment is hereby entered requiring Petitioner Boeing Satellite Systems
6  International, Inc. to pay Respondents $15,645,187.34;
7     3.   Respondents are entitled to no further damages or remedies from
8  Petitioner in connection with the facts alleged in their Demand for Arbitration in the
9  underlying arbitration in this matter;
10    4.   Respondents shall file a Notice of Satisfaction of Judgment within five
11 days of the receipt of the amount of this Judgment.

13    IT IS SO ORDERED.

15 DATED: July 13, 2009

*[signature: Christina A. Snyder]*

The Honorable Christina A. Snyder
United States District Court Judge

1